DF
Close file

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the September 18, 2004
DeLaHoya/Hopkins, Program,

NOTICE OF SETTLEMENT AND
ADMINISTRATIVE DISMISSAL

           Plaintiff,

Civil Action No.CV-05-1045
Hon. Allyne R. Ross

   -against-

RAFAEL GEREZ, Individually, and d/b/a ANGELINA
RESTAURANT a/k/a ANGELINA EL TROPICAL,
and ANGELINA RESTAURANT a/k/a ANGELINA
EL TROPICAL;

           Defendants.
---------------------------------------------------------------

PLEASE TAKE NOTICE THAT Plaintiff GARDEN CITY BOXING CLUB, INC. (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed May 5, 2006. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 17, 2005
      Ellenville, New York

                                    GARDEN CITY BOXING CLUB, INC.

                                    By: /s/ Julie Cohen Lonstein
                                         JULIE COHEN LONSTEIN, ESQ.
                                         Attorney for Plaintiff

SO ORDERED this 20th day of June, 2005

_____
**HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE**

Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. 04-4-E16*

## CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Robert Santana, Esq.
11 Park Place
Suite 617
New York, NY 10007
*Attorney for Defendant*

via United States Postal Service, postage prepaid on this 17th day of June, 2005.

/s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN